UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACE CONSULTING AND CONSTRUCTION, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-2211 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL AND STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the dismissal of this action against Defendant, Ace Consulting & Construction, Inc., and pursuant to Rule 41(a)(1)(A)(ii), the parties, by their counsel, stipulate to the dismissal of this action against Defendant, Donna Gibb, Individually.

Respectfully submitted,

Dated: April 3, 2008

By: /s/
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
 DICKSTEIN SHAPIRO LLP
 1825 Eye Street, N.W.
 Washington, D.C. 2006
 T: (202) 420-2234
 F: (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.

Dated: April 3, 2008

By: /s/
Rand L. Gelber, Esq., Bar No. 370654
 One Church Street, Suite 80220
 Rockville, MD 20850
 T: (301) 251-0202
 F: (301) 251-0849

Attorney for Defendant
Donna Gibb

2417467

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>ACE CONSULTING AND CONSTRUCTION, INC., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2211 (EGS)<br>)<br>)<br>)<br>)<br>) |

**ORDER DISMISSING COMPLAINT**

Upon consideration of the attached Notice of Dismissal and Stipulation of Dismissal filed by the Parties, it is this ____ day of _____, 2008, by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed.

_____
Emmet G. Sullivan
United States District Court Judge

2417648

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACE CONSULTING AND CONSTRUCTION, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-2211 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

### LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esquire
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, D.C. 20006-5403
>
> Rand L. Gelber, Esq.
> One Church Street, Suite 802
> Rockville, MD 20850
>
> Ace Consulting & Construction, Inc.
> 194 Lake Wallkill Road
> Sussex, NJ 07461

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal and Stipulation of Dismissal, proposed Order, and Local Rule 7(k) Statement was served by first class mail, postage prepaid, this 3rd day of April 2008, upon:

Ace Consulting & Construction, Inc.
194 Lake Wallkill Road
Sussex, NJ  07461

_____
Joanne Jackson

2420339