**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN FLYNN, *et al.*,   )  |  |
|                         )  |  |
|         Plaintiffs,     )  |  |
|                         )  |  |
|    v.                   )  | Civil Action No. 07-2211 (EGS) |
|                         )  |  |
| ACE CONSULTING AND      )  |  |
| CONSTRUCTION, INC., *et al.*, ) |  |
|                         )  |  |
|         Defendants.     )  |  |

**ORDER DISMISSING COMPLAINT**

Upon consideration of [3] the Notice of Dismissal and Stipulation of Dismissal filed by the Parties on April 3, 2008, it is hereby

**ORDERED** that the Complaint shall be dismissed.

**SIGNED:   EMMET G. SULLIVAN**
**           UNITED STATES DISTRICT JUDGE**
**           April 3, 2008**